**UNITED STATES BANKRUPTCY COURT**
**Central District Of California (Los Angeles)**

| | |
|---|---|
| IN RE: | Case No.:  12-13489 |
| Debtors: Anthony Michael Guzman and Sylvia Janet Guzman | Loan Number (Last 4):  0308 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-OH2, Mortgage Pass-Through Certificates, Series 2007-OH2 Serviced by Select Portfolio Servicing, Inc. | The Bank of New York Mellon |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 7 |
| Salt Lake City, UT 84115 | Amount of Claim:   $493,679.26 |
| | Date Claim Filed:   03/19/2012 |
| Phone:  800-258-8602 | Last Four Digits of Acct #:   1138 |
| Last Four Digits of Acct #:  0308 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone:  800-258-8602

Last Four Digits of Acct #:  0308

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Bill Taylor | Date: | 02/18/2014 |
| | Authorized Filing Agent | | |
| | (Approved by: Gina Hiatt) | | |

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452529-31da1c27-0225-4d50-90fe-f71e878c6c77